UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-79-H

CHANNING HARDIN                                            PETITIONER

V.

STEVE HANEY, WARDEN                                   RESPONDENT

**MEMORANDUM OPINION AND ORDER**

      This is a petition for writ of habeas corpus in which Petitioner argues that his conviction was a result of a fundamentally unfair trial that occurred because the trial court excluded certain background evidence about a drug transaction. The matter was referred to the Magistrate Judge who has issued Findings of Fact, Conclusions of Law and a Recommendation that the petition be denied.

      Subsequent to the Magistrate's Report and Recommendation, Petitioner filed objections. The Court has thoroughly reviewed the Magistrate's Report and Recommendation as well as the objections to it. The Court believes that the Magistrate Judge has thoroughly analyzed all of the issues concerning the trial. Petitioner has raised no objections which the Court would adopt or which have any chance of changing the result. Consequently, the Court will completely adopt the Magistrate Judge's Findings and Recommendation.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that the Court adopts the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge. Petitioner's writ of habeas corpus is

DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED that Petitioner is DENIED a certificate of appealability.

This is a final and appealable order.

cc:     Counsel of Record